Christy L. Brandon (#4833)
BRANDON LAW FIRM, PLLC
P.O. Box 1544
Bigfork, MT  59911
Telephone:  (406) 837-5445
Facsimile: (406) 837-5420
Email: christy@brandonlawfirm.com

Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

IN RE:                                    )
                                          )
CEDRIC LESLIE PEARSON,   )       Case No. 10-62664-7
                                          )
       Debtor.                       )
_____)

**TRUSTEE'S RESPONSE TO DEBTOR'S OBJECTION TO PROFESSIONAL FEES AND MOTION TO RECONSIDER**

The undersigned Trustee responds to Debtor's Objection to Professional Fees (Dkt #42) and Motion to Reconsider (Dkt #43) as follows:

1.   Trustee consents to an award of $0.00 as compensation for Trustee fees and costs in this case and to an order requiring her to distribute the $331.29 net sale proceeds to the creditors.

2.   Trustee in good faith believed she would generate sufficient funds for the creditors of the estate from sale of the 2009 Kawasaki motorcycle, but failed to do so.

3. Trustee understands that it is a long held policy of the U.S. Trustee Program that Chapter 7 Panel Trustees are not authorized and have no discretion to waive trustee fees, otherwise Trustee would have waived her fees in this case on her own volition.

DATED this 14th day of April, 2011.

BRANDON LAW FIRM, PLLC


By: /s/ Christy L. Brandon
Christy L. Brandon
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on this 14th day of April, 2011, copies of the foregoing Response were served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

CEDRIC LESLIE PEARSON
P.O. BOX 1402
EUREKA, MT 59917-1402


/s/ Christy L. Brandon
Christy L. Brandon