**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

In re

**CEDRIC LESLIE PEARSON**,                          Case No. **10-62664-7**

Debtor.

# O R D E R

At Butte in said District this 15th day of April, 2011.

Upon review of the Trustee's Unopposed Motion to Vacate Hearing filed April 14, 2011,

IT IS ORDERED that the Trustee's Unopposed Motion to Vacate Hearing is GRANTED;

Debtor's Objection to Trustee's Compensation Application [and] Motion to Reconsider Order

filed April 8, 2011, is sustained and granted; the Court's Order approving the Trustee's

compensation entered March 30, 2011, is vacated; the Trustee's application for compensation

filed March 30, 2011, is deemed withdrawn; and the hearing on the above matter scheduled for

May 19, 2011, is vacated.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana